■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LOGAN, Appellant. [737 NYS2d 549] —Appeal by the defendant from an order of the Supreme Court, Kings County (Juviler, J.), dated May 30, 2000, which denied, without a hearing, his motion pursuant to CPL 440.30 (1-a) and 440.10 (1) (g) to vacate a judgment of conviction rendered November 20, 1978.

Ordered that the order is affirmed.

The Supreme Court properly denied the defendant's motion pursuant to CPL 440.30 (1-a) and 440.10 (1) (g) to vacate his judgment of conviction since the defendant failed to demonstrate that the items he seeks to have tested for DNA are still in existence (*see,* CPL 440.30 [1-a]; *People v Ahlers,* 285 AD2d 664; *Matter of Washpon v New York State Dist. Attorney,* 164 Misc 2d 991).

The defendant's remaining contention is without merit. Ritter, J.P., Smith, Adams and Cozier, JJ., concur.